FILED
2019 Jun-17  PM 08:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3