FILED
2019 Jun-17 PM 08:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

**REDACTED**

```
FIRST STATE BANK- S. 122017 092007   23500                              M1 99 J 09/2017
                     09/2017          975 281         10Y M 26 B
     DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
     09/2017 O   *
     BAL AMT    BAL PAY DT  DEF PAY DT CC
```

```
                                          ACCT# REDACTED 3164
     CLOSED OR PAID ACCOUNT/ZERO BALANCE
     REAL ESTATE MORTGAGE

DEROG TRADE HISTORY
09/2017-2 08/2017-1 03/2017-1 02/2017-3 01/2017-2 12/2016-1 11/2016-1 04/2016-1
02/2016-1 12/2015-1 05/2014-1 03/2014-1 02/2014-1 11/2013-1
```

**REDACTED**