FILED
2019 Jul-01 PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "1"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ANITA BERRY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    4:18-cv-00356-KOB |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, et al.; | ) |
| | ) |
|     Defendants. | ) |

## DECLARATION OF ANITA BERRY

I, Anita Berry, hereby make this Declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of twenty-one and am otherwise competent to testify to the matters stated herein and I have personal knowledge of the matters stated herein.

2. I am the Plaintiff in this case.

3. I sat for a deposition in this case on March 13, 2019, prior to responding to Equifax's interrogatories.

4. I was asked questions about my damages by counsel for First State Bank of DeKalb County, as well as counsel for Equifax during that deposition.

5. However, during the deposition I was not at any point asked specifically about damages I attributed specifically to Equifax's conduct in this case.

6. On March 22, 2019, I responded to interrogatories served by Equifax

in this matter.

7. Equifax's interrogatory number 11 did specifically ask about damages I attributed specifically to Equifax and I responded to that interrogatory as follows:

   **INTERROGATORY NO. 11:**

   If you are claiming that you suffered any physical harm or symptoms as a result of any act or omission by Equifax, please provide a description of the physical harm or symptoms, the date(s) you experienced each and whether you have taken any medications and/or received any medical treatment for each.

   **RESPONSE TO INTERROGATORY NO. 11:**

   **I am claiming physical harm as well as emotional harm as a result of Equifax's actions. Specifically, I am claiming that I lost sleep/insomnia, anxiety, stress, loss of appetite. I also recall stress or tension headaches likely from my lack of sleep. I did not seek medical treatment.**

8. Equifax's failure to investigate the dispute I sent in and its response to my dispute that the balance on the First State Bank of DeKalb County was reporting as zero when I specifically asked Equifax to investigate an erroneous 60 day late entry caused me harm. I described that harm in my sworn interrogatory responses.

9. My harm or damages did not all arise out of the denial of the mortgage loan I was seeking in January 2018 or my inability to obtain that mortgage loan. Rather, Equifax's conduct caused me to be harmed and caused me the damages I described in my interrogatory responses in response to interrogatory number 11.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on July 1, 2019, at Birmingham, Alabama.

_____
Anita Berry