FILED
 2019 Aug-01  PM 04:49
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **ANITA BERRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 4:18-CV-356-KOB |
| | ) |
| **EQUIFAX INFORMATION SERVICES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER AMENDING SCHEDULING ORDER

This matter comes before the court on "Plaintiff's Motion to Strike Defendant Equifax's Untimely Expert Opinions or in The Alternative Plaintiff's Rule 56(d) Motion to Allow Time for Discovery Regarding The Expert Opinions." (Doc. 43). In her motion, Plaintiff Anita Berry moves to strike the expert report of John Ulzheimer, which Defendant Equifax attached to its motion for summary judgment. (*See* Docs. 40 & 40-5). In the alternative, Ms. Berry requests that the court reopen discovery for the limited purpose of deposing Mr. Ulzheimer and potentially obtaining her own rebuttal expert. Equifax opposes the motion to strike but does not oppose reopening discovery to allow Ms. Berry time to depose its expert and secure her own. (Doc. 45).

For the reasons discussed at the status conference held on August 1, 2019, the court DENIES Ms. Berry's motion to strike but GRANTS her motion to reopen discovery. The court REOPENS discovery for up to 90 days for the limited purpose of giving Ms. Berry time to depose Mr. Ulzheimer and, if necessary, to obtain her own rebuttal expert. Pursuant to that ruling, the court ORDERS Equifax to make Mr. Ulzheimer available for deposition by September 2, 2019.

If Plaintiff determines she needs to obtain a rebuttal expert, she must so advise Defendant and disclose the expert's report per Rule 26(a)(2)(B) by September 16, and Defendant may depose that expert on or before October 31, 2019. Plaintiff shall have 21 days from Defendant's deposition of Plaintiff's expert to file a supplemental brief on the topic of how the additional discovery impacts Equifax's motion to summary judgment. Plaintiff's new deadline to file a reply to Defendant's response to Plaintiff's motion for partial summary judgment would also be 21 days from the deposition of Plaintiff's expert.

Alternatively, if Plaintiff opts not to retain a rebuttal expert, then Plaintiff shall have 21 days from the deposition of Defendant's expert in which to file a supplemental brief on the topic of how the additional discovery impacts Equifax's motion for summary judgment. In that case, Plaintiff's deadline to file a reply to Defendant's response to Plaintiff's motion for partial summary judgment would also be 21 days from the date Plaintiff deposes Defendant's expert.

**DONE** and **ORDERED** this 1st day of August, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE