FILED

2020 Jun-23  PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **ANITA BERRY** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **4:18-cv-00356-KOB** |
| | ) | |
| **FIRST STATE BANK OF DEKALB** | ) | **UNOPPOSED** |
| **COUNTY, INC.; EQUIFAX** | ) | |
| **INFORMATION SERVICES, LLC;** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

---

## MOTION FOR TRIAL SETTING

---

**COMES NOW**, Plaintiff Anita Berry ("Plaintiff"), and moves this Honorable Court to set this matter for trial on the first available jury trial docket after August 19, 2020.  As grounds, Plaintiff states as follows:

1. This matter is set for mediation on August 19, 2020, with William Mills, Esq. serving as mediator.

2. Discovery in this matter is complete and this Court has already ruled on the summary judgment motions filed by the parties.

3. Defendant does not oppose this motion.

4. Plaintiff respectfully requests that, should the Court grant this Motion, the trial be set on a date that falls after the mediation

currently scheduled for August 19, 2020.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully

requests that this Court grant this Motion and for such other relief as this Court

may deem appropriate.

RESPECTFULLY SUBMITTED,


/s/ *W. WHITNEY SEALS*
W. WHITNEY SEALS,
Attorney for Plaintiff


**OF COUNSEL:**
**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of June, 2020, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

***Attorneys for Equifax***
Joseph D. Steadman, Jr., Esq.
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
11 N. Water Street, Ste. 1200
Mobile, AL 36602
Phone:  (251) 439-7513
Fax:  (251) 433-1001
kreid@joneswalker.com

Esther Slater McDonald, Esq.
William B. Hill, Jr., Esq.
Seyfarth Shaw, LLP
1075 Peachtree St. N.E., Ste. 2500
Atlanta, GA 30309
Phone:  (404) 885-1500
Fax: (404) 892-7056
emcdonald@seyfarth.com
wbhill@seyfarth.com

        /s/ *W. WHITNEY SEALS*
        OF COUNSEL